REA LEACHMAN, RESPONDENT, v. NANCY KITE, APPELLANT.

Argued October 19, 1945—Decided January 24, 1946.

For the respondent, *Joseph B. Kaufman* and *William Charlton*.

For the appellant, *Irving I. Jacobs*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—PARKER, CASE, BODINE, HEHER, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, JJ.   10.

*For reversal*—MCGEEHAN, J.   1.